UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD P. HOBBS,

                Plaintiff,

-against-

REV. MICHAEL LIVINGSTON, A NJ Resident; REV. JAMES FORBES, A Resident of Another State; RICHARD GREGORY, Security Head of Riverside Church,

                Defendants.

20-CV-0515 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 21, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 21, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge